UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE L. BOLDS,<br><br>    Plaintiff,<br><br>    v.<br><br>D. ASUNCION,<br><br>    Defendant. | Case No. 16-cv-02449-JSC<br><br>**ORDER DENYING MOTION TO DISQUALIFY JUDGE**<br><br>Re: Dkt. No. 11 |

Petitioner, a prisoner of the State of California proceeding pro se, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his sentence.[1] Upon initial review of the petition under Rule 4 of the Rules Governing Section 2254 Cases, the Court dismissed the petition on the grounds that it does not state a cognizable basis for federal habeas relief. Petitioner's motion for relief from judgment under Rule 60(b)(1) of the Federal Rules of Civil Procedure was subsequently denied. Petitioner then filed the instant motion to disqualify the undersigned judge under 28 U.S.C. § 455(a).[2]

Petitioner's motion is without merit for two reasons. First, this case is no longer before the undersigned judge. Judgment has been entered, a notice of appeal has been filed which means that this case is now pending in the Court of Appeals, and other than the instant motion there are no motions pending in this court.

Second, Petitioner has not shown sufficient grounds for recusal. Section 455(a) requires a

---

[1] Petitioner has consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). (ECF No. 3.)
[2] Petitioner also cites 28 U.S.C. § 455(e), but that Section simply prohibits waiver of the right to seek recusal under Section 455(b) but allows waiver of the right to seek recusal under Section 455(a). As no recusal waiver has been sought here, Section 455(e) does not apply.

judge to disqualify herself in any proceeding in which her impartiality might reasonably be questioned.  28 U.S.C. § 455(a).  The standard for recusal is whether a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned.  *United States v. McTiernan*, 695 F.3d 882, 891 (9th Cir. 2012).  Petitioner asserts that the undersigned judge was not impartial in ruling on the motion for relief for judgment, but the only explanation he offers for this assertion is that the motion was denied.  The denial of Petitioner's motion is not in and of itself a sufficient basis for a reasonable person to question the impartiality of the judge.

For the foregoing reasons, the motion for recusal is DENIED.

**IT IS SO ORDERED.**

Dated: November 14, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge